1068

DANNA KAUT, *Appellant,* v. WINLOCK SCHOOL
DISTRICT NO. 232, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 38850, David R. Draper, J., entered February
4, 1982. *Affirmed* by unpublished opinion per Worswick,
A.C.J., concurred in by Petrie and Reed, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. KAREN
TROWELL, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MICHELLE
LYNN TUNNELL, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. PATRICIA
ANN SANCHEZ, *Appellant.*

Appeals from a judgment of the Superior Court for Yak-
ima County, No. 82–1–00440–1, Bruce P. Hanson, J.,
entered October 1 and 21, 1982. *Affirmed* by unpublished
opinion per Munson, C.J., concurred in by Green and
McInturff, JJ.

THOMAS R. HURST, ET AL, *Respondents,* v. GERALD
E. GIBBONS, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Che-
lan County, No. 35043, Charles W. Cone, J., entered Janu-
ary 19, 1982. *Affirmed* by unpublished opinion per Green,
J., concurred in by Munson, C.J., and McInturff, J.